## STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 7/21/20

July 16, 2020

**MEMO ENDORSED**

By ECF

Honorable Kimba M. Wood  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:   *United States v. Joel Lopez*  
           19 Cr. 116 (KMW)

Dear Judge Wood:

    On consent, the parties write to respectfully request an adjournment of the sentence hearing in this matter currently scheduled for September 2, 2020, until the third week of October at a date and time convenient to the Court.

    This request is made to permit the parties to resolve outstanding sentencing issues.

*Sentencing is adjourned to October 19, 2020 at 11:00 a.m. Defendant's Submission is due by October 5. Government Submission is due by October 13.*

Very truly yours,

James Roth, Esq.

cc:   AUSA Adam Hobson  
      AUSA Michael Krouse  
      USPO Jefferies

SO ORDERED:   N.Y., N.Y. 7/21/20

_____  
KIMBA M. WOOD  
U.S.D.J.