# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 17, 2020

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

Re:   *United States v. Joel Lopez*
      19 Cr. 116 (KMW)

**MEMO ENDORSED**

Dear Judge Wood:

On consent, the parties write to respectfully request an adjournment of the sentence hearing in this matter currently scheduled for October 19, 2020, until the third week of November, at a date and time convenient to the Court.  ] Granted KMW

This request is made to permit the parties to resolve outstanding sentencing issues.

*Sentencing is adjourned to November 17, 2020 at 3:00 p.m.*

Very truly yours,

James Roth

James Roth, Esq.

cc:   AUSA Adam Hobson
      AUSA Michael Krouse
      USPO Jefferies

8/20/2020
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
_____
KIMBA M. WOOD
U.S.D.J.