UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/20
```

UNITED STATES OF AMERICA

v.

REINALDO ROMAN,

               Defendant.

[PROPOSED] ORDER FOR REMAND

19-CR-116 (KMW)

WHEREAS, on or about October 8, 2020, a bail revocation hearing was held and bail was revoked with respect to defendant REINALDO ROMAN.

WHEREFORE, it is so ordered that the defendant REINALDO ROMAN must surrender to the United States Marshals Service located at 500 Pearl Street, Manhattan, New York, on or before Thursday, October 15, 2020, at 12:00 p.m., and that the defendant will thereafter be committed to the custody of the United States Bureau of Prisons.

Dated: New York, New York
       October 13, 2020

                                                _____
                                                HONORABLE KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK