STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/20

December 23, 2020

**By ECF**

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Joel Lopez*
        **19 Cr. 116 (KMW)**

Dear Judge Wood:

On consent, the parties write to respectfully request an adjournment of the sentence hearing in this matter currently scheduled for January 19, 2021, for 60 days at a date and time convenient to the Court.

This request is made to permit the parties to resolve outstanding sentencing issues which have been hampered by the COVID-19 pandemic.

*Sentencing is adjourned to March 25, 2021, at 11:00 a.m. Defendant's Submission is due by March 11. Government Submission is due by March 18.*

Very truly yours,

James Roth, Esq.

cc:     AUSA Adam Hobson
        AUSA Michael Krouse

SO ORDERED:   N.Y., N.Y.   12/30/20

KIMBA M. WOOD
U.S.D.J.