# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/21
```

March 2, 2021

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Joel Lopez, et al.*, 19 Cr. 116 (KMW)

Dear Judge Wood:

I write to respectfully request an adjournment of Mr. Lopez's sentence proceeding now scheduled for March 25, 2021, until the first week of June 2021, at a date and time convenient to the Court.

This request is made due to the ongoing COVID-19 pandemic and the need to resolve outstanding sentencing issues.

AUSA Adam Hobson consents to this request

*[Handwritten: Sentencing is adjourned to June 8, 2021, at 11:00 a.m. Defendant's submission is due by May 25, 2021. Government submission is due by June 1, 2021.]*

Very truly yours,

*James Roth*

James Roth, Esq.

cc: AUSA Adam Hobson
AUSA Michael Krouse

SO ORDERED: N.Y., N.Y. 3/2/21

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.

JR/Lopez/Adj Rqst