# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

May 14, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    **United States v. Joel Lopez, 19 Cr. 116 (KMW)**

Dear Judge Wood:

    I write to respectfully request an adjournment of Mr. Lopez's sentence proceeding now scheduled for June 8, 2021, until the second week of September 2021 at a date and time convenient to the Court.

    This request is made due to the ongoing COVID-19 pandemic and the need to resolve outstanding sentencing issues.

    AUSA Adam Hobson consents to this request.

Very truly yours,

James Roth, Esq.

cc:    AUSA Adam Hobson (By ECF)
        AUSA Michael Krouse (By ECF)

JR/Lopez/Adj Rqst