# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/21

May 14, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Joel Lopez, 19 Cr. 116 (KMW)

Dear Judge Wood:

I write to respectfully request an adjournment of Mr. Lopez's sentence proceeding now scheduled for June 8, 2021, until the second week of September 2021 at a date and time convenient to the Court.

This request is made due to the ongoing COVID-19 pandemic and the need to resolve outstanding sentencing issues.

AUSA Adam Hobson consents to this request.

*Sentencing is adjourned to September 14, 2021, at 11:00 a.m. Defendant's submission is due by August 31. Government submission is due by September 7.*

Very truly yours,

James Roth, Esq.

cc:   AUSA Adam Hobson (By ECF)
      AUSA Michael Krouse (By ECF)

SO ORDERED:   N.Y., N.Y.   5/17/21

/s/ Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

JR/Lopez/Adj Rqst