# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __8/31/21__

August 30, 2021

**By ECF**

**MEMO ENDORSED**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Joel Lopez, et al.*, **19 Cr. 116 (KMW)**

Dear Judge Wood:

I write to respectfully request an adjournment of Mr. Lopez's sentence proceeding now scheduled for September 14, 2021, for approximately ninety (90) days at a date and time convenient to the Court.

This request is made due to the ongoing COVID-19 pandemic and the need to resolve outstanding sentencing issues.

AUSA Adam Hobson consents to this request.

*Sentencing is adjourned to December 14, 2021, at 11:00a.m. Defendant's submission is due by November 30, 2021. Government submission is due by December 7.*

Very truly yours,

James Roth, Esq.

cc:   AUSA Adam Hobson (By ECF)
      AUSA Michael Krouse (By ECF)

**SO ORDERED:**   N.Y., N.Y.   8/31/21

KIMBA M. WOOD
U.S.D.J.

JR/Lopez/Adj Rqst 2