# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/22
```

June 17, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:** *United States v. Joel Lopez, et al.*, 19 Cr. 116 (KMW)

Dear Judge Wood:

I write to respectfully request an adjournment of Mr. Lopez's sentence proceeding now scheduled for July 11, 2022, until mid-September 2022, at a date and time convenient to the Court.

This request is made to allow the parties to resolve outstanding sentencing issues.

AUSA Adam Hobson consents to this request.

*Sentencing is adjourned to September 19, 2022 at 11:30 a.m. Defendant's submission is due by September 6. Government submission is due by September 12.*

Very truly yours,

James Roth, Esq.

cc: AUSA Adam Hobson (By ECF)

**SO ORDERED:** N.Y., N.Y. 6/21/22

KIMBA M. WOOD
U.S.D.J.

JR/Lopez/Adj Rqst 6.17.22