UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

JOEL LOPEZ,

                     Defendant.
----------------------------------------------------------------x

**ORDER**

19 CR 116 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing scheduled for Wednesday, November 16, 2022, at 10:00 a.m. has been

adjourned to 3:00 p.m.

      SO ORDERED.

Dated:  New York, New York
         October 17, 2022

                              KIMBA M. WOOD
                     UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/22