```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

JOEL LOPEZ,

          Defendant.
-----------------------------------------------------------x

19 CR 116 (KMW)

ORDER

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on January 22, 2020;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
        November 9, 2022

                                        _____
                                        KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE

Copies of this Order have been forwarded to counsel for the respective parties.